IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cobb, James

Printed: 02/24/09

Case Number: 08 B 11065
Judge: Squires, John H
Filed: 5/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 7, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,886.90 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,696.37 |
| Trustee Fee: | | 190.53 |
| Other Funds: | | 0.00 |
| Totals: | 2,886.90 | 2,886.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 2,696.37 |
| 2. | Economy Furniture & Interiors Inc | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 10,737.33 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 2,679.60 | 0.00 |
| 6. | Wolin-Levin Inc | Unsecured | 2,484.92 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,890.09 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 8,982.00 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 10. | Medical Collections | Unsecured | | No Claim Filed |
| 11. | J V D B & Associates | Unsecured | | No Claim Filed |
| | | | $ 30,237.94 | $ 2,696.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 190.53 |
| | $ 190.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cobb, James | Case Number: 08 B 11065 |
| | Judge: Squires, John H |
| Printed: 02/24/09 | Filed: 5/1/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: